UNITED STATES DISTRICT COURT
Northern DISTRICT OF NEW YORK

Jonathan E Rizzo,
16A3374         Plaintiffs,

-against-

New York State,
              Defendants,

AMENDED
COMPLAINT
Under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes __ No __

I. Parties in this complaint:

A. Plaintiff
   Jonathan Rizzo
   16A3374
   Upstate Correctional Facility
   P.O. Box 2001
   Malone, NY 12953

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 3 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

B. Defendant(s)
   No. 1 Officer Vladimir Bugayev
   Correctional officer
   Working on the Day
   Extraction took place

   No. 2 Officer Adam Southworth
   Correctional officer
   Working on the day
   Extraction took place

   No. 3 Officer Seth Mulverhill
   Correctional officer
   Working on Day Extraction
   took place

} Officers involved in Extraction where i was injured

- 1 -

No. 4 Officer Aaron Mitchell Correctional officer Working on the day the extraction took place.

No. 5 Sergeant Jarrod Bullock - Sergeant working on the Day extraction took place

## II. Statement of Claim:

**A.** In what institution did the events giving rise to your claim(s) occur?
Upstate Correctional facility
P.O. Box 2001
Malone NY 12953

**B.** Where in the institution did the events giving rise to your claim(s) occur?
Upstate Correctional facility; 9 Building; A1 gallery 19 cell.

**C.** What date and approximate time did the events giving rise to your claim(s) occur? On January 23, 2022 - Approximately 9:43 Am.

**D.** Facts: On January 23, 2022. I was badly injured by multiple Correctional officers during an extraction where excessive force was used and was Unnecessary. Before the officers entered I was pepper sprayed four times which that alone made me no threat. They came in with a shield rammed me into the wall; I collasped. They stomped, kicked, punched and slammed my head against the floor multiple times. Not once during this was I a threat nor did i resist. Excessive force was not needed

As a result My injuries Consist of pain to the neck, Back, left side Rib Cage And Right side face.

My right eye was black and blued closed shut with a gash that needed outside Medical treatment to be glued shut. I Now have a permanant scar on the Right Side of my face below My Right eye Brow.

### III. Injuries:

Injuries Consist of pain to the neck, Back, left side rib Cage, and right side face. My Right eye was Black and blued closed Shut. With a gash that needed outside medical treatment to be glued shut. I now have a permanent scar on the Right Side of my face below My Right eye Brow.

### IV. Exhaustion of administrative Remedies:

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

I was in Upstate Correctional facility On January 23 2022. Housed in 9 Building A1 Gallery, 19 Cell.
Approximately 9:43 AM.

**B.** Does the jail, prison, or other Correctional Facility where your claim(s) arose have a grievance procedure?
Yes ✓    No___    Do Not Know ~~✗~~

**C.** Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)
Yes___    No___    Do Not Know ~~✗~~ ✓
If YES, which claim(s)? There is only one claim made.

**D.** Dose the grievance procedure at the jail, prisons, or other Correctional facility where your claim(s) arose <u>not</u> cover some of your claim(s)?
Yes___    No___    Do Not Know ~~✗~~ ✓
If YES, which claim(s)?

**E.** Did you file a grievance in the jail, prisons, or other correctional facility where your claim(s) arose?
Yes ✓    No___

**F.** If you did file a grievance, about the events described in this complaint, where did you file the grievance? I sent multiple grivences to "Grivance Office". However i never recieved no Responce I believe My Mail is Not

1. Which claim(s) in this complaint did you grieve? There is only one complaint I explained everything that took place. Making it too Place, what happen, How i was wrongly treated & Hurt the grivence office.

2. What was the result, if any? They told me that they were going to investigate my grievance but I never heard from them again.
I Never Heard from them at all.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to highest level of he grievance process. _____

**G.** If you did not file a grievance, did you inform any officials of your claim(s)?
Yes ·    No___

1. If YES, whom did you inform and when did you inform them? I spoke with IG four Days Later. They pulled me to speak w/ me.

2. If NO, why not? I did not file a claim until later when I realized that would suffer continuous chronic back pain.

**I.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

V. Relief:

I want to Be Payed (Three hundred thousand Dallors) And I want the Court to also order the prison to hand over to the Court and to Me a Copy of everything they have on Record pertaining to this issue Free of charge.

VI. Previous lawsuits:
A. Have you filed other lawsuits in state and federal court dealing with the same facts involved in this action?
Yes ___  No ✓

B. N/A

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___  No ✓

E. N/A

Signed this 14 day of December. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff Jonathan E Rizzo

Inmate Number 16A3374

Mailing address   Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

I declare under penalty of perjury that on this 28 day of December, 20 22, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court of the Northern District of New York.

Signature of Plaintiff: Jonathan Rizzo

Sworn to Before me This 28 day of December, 20 22.

*Amanda J. Johnson*
**NOTARY PUBLIC**

AMANDA L. JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JO6428866
Qualified in Franklin County
Commission Expires JANUARY 31, 2026

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Jonathan Rizzo     DIN: 16A335<!--illegible-->

UPSTATE
CORRECTIONAL
FACILITY

Upstate
Correctional Facility

neopost
12/29/2022
US POSTAGE $001.08

ZIP 12953
041L11251145

United States District Court
Northern District of New York
Clerks Office
P.O. Box 7367
100 South Clinton Street
Syracuse, NY. 13261-7367

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN - 3 2023
RECEIVED

(Legal Mail)